# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>DOMINIQUE MALIK MAXEY<br>DOB: xx/xx/xxxx-PDID: xxx-xxx<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 31, 2020  in the county of  Washington  in the  District of  Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | by entering or attempting to enter a branch of the Suntrust Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with intent to commit a felony while in the bank affecting the bank in violation of laws of the United States and with the intent to commit larceny. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

KEVIN MOORE, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:  06/01/2020

*Judge's signature*

City and state:  Washington, DC    ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

Print    Save As...    Attach    Reset