| | | UNITED STATES OF AMERICA | | | |
|---|---|---|---|---|---|
| Government | ✓ | | | Civil/Criminal No. | 20-100M-01 |
| Plaintiff | ☐ | VS. | | | |
| Defendant | ☐ | DOMINIQUE MALIK MAXEY | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Pictures of SunTrust Bank ATM after it had been destroyed | 6/10/20 | 6/10/20 | Kevin Moore | |
| 2 | Picture of front door and shattered window of SunTrust Bank | " | " | " | |
| 3-8 | Still pictures of surveillance video | " | " | " | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |